MICHAEL E. MOSS  63408
DOUGLAS TUCKER  172550
HENRY Y. CHIU  222927
KIMBLE, MacMICHAEL & UPTON
A Professional Corporation
5260 North Palm Avenue, Suite 221
Post Office Box 9489
Fresno, California  93792-9489
Telephone:     (559) 435-5500
Facsimile:      (559) 435-1500

Attorneys for Plaintiff,
BOARD OF TRUSTEES OF THE ROOFERS LOCAL 27
AND FRESNO ROOFING CONTRACTORS VACATION
FUND, ROOFERS LOCAL 27 APPRENTICESHIP
TRAINING FUND, AND ROOFERS LOCAL 27 HEALTH
AND WELFARE TRUST FUND

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

* * *

| | |
|---|---|
| BOARD OF TRUSTEES OF THE ROOFERS LOCAL 27 AND FRESNO ROOFING CONTRACTORS VACATION FUND, ROOFERS LOCAL 27 APPRENTICESHIP TRAINING FUND, AND ROOFERS LOCAL 27 HEALTH AND WELFARE TRUST FUND<br><br>Plaintiffs,<br><br>v.<br><br>SIERRA ENVIRONMENTAL MANAGEMENT CORP., a California corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 1:05-CV-01381-AWI-SMS<br><br>**STIPULATION FOR ENTRY OF JUDGMENT**<br><br>Action Filed: November 1, 2005<br>Trial Date:     TBD |

IT IS HEREBY STIPULATED AND AGREED by and between plaintiffs Board of Trustees of the Roofers Local 27 and Fresno Roofing Contractors Vacation Fund, Roofers Local 27 Apprenticeship Training Fund, and Roofers Local 27 Health and Welfare Trust Fund (collectively,

"Plaintiffs") and defendant Sierra Environmental Management Corporation ("Defendant") as follows:

This stipulation is entered into by and between the parties in order to settle and conclude the above-entitled litigation between the parties relating to the payment of fringe benefit contributions by Defendant to Plaintiffs. This stipulation applies only to unpaid contributions by Defendant for the period from January 2005 through September 2005.

Accordingly, IT IS HEREBY STIPULATED that, subject to the approval and order of the Court, that judgment be entered in favor of Plaintiffs and against Defendant, effective upon the date this order is executed by the Court, in the sum set forth in Exhibit "A," which is attached hereto and incorporated herein by reference. Such sum consists of the full principal amount of delinquent contributions, liquidated damages, interest at the rate of seven percent (7%) per annum, and costs and attorneys' fees incurred by Plaintiffs to date.

IT IS STIPULATED, however, that judgment pursuant to this Stipulation shall be satisfied upon payment pursuant to the following terms:

a. Pursuant to this Stipulation, Defendant shall pay no less than seven thousand dollars ($7,000.00) per month, and every month, until such sum is fully paid, with the first payment due on or before December 16, 2005. Each subsequent monthly payment shall be for the same amount, due on the 16th day of each month thereafter, until all delinquent contributions, liquidated damages, interest, costs and attorneys' fees are paid in full.

b. Pursuant to the terms of the Collective Bargaining Agreement between Plaintiffs and Defendant, Defendant shall submit all future monthly reports in a timely manner, and pay all fringe benefit contributions to Plaintiffs on or before the date they are due.

Failure to make any of the payments described in Paragraph 3 above, including its subparts, or failure to submit future monthly reports in a timely manner, shall be considered an event of default under this Stipulation. Any default shall entitle Plaintiffs to execute the judgment attached hereto

as Exhibit "A" for the full amount of $40,431.78. Furthermore, upon default, Plaintiffs shall be entitled to apply to the court ex parte, and without notice to Defendant, for any writs or orders necessary to judicially enforce the full amount of the judgment as stated in Exhibit "A."

Any execution of judgment entered pursuant to this Stipulation is subject to offsets from payments made prior to the said execution of judgment. Upon the successful completion of the payments and conditions stated in paragraph 3 of this Stipulation, Plaintiffs shall submit satisfaction of judgment.

Dated: December _____, 2005.          ROOFERS LOCAL 27 TRUST FUNDS


                                       By:_____/s/_____
                                           TERRY SMITH
                                           Trustee


Dated: December _____, 2005.          SIERRA ENVIRON. MGT. CO.


                                       By:_____/s/_____
                                           MARK FORD
                                           Chief Executive Officer of SIERRA
                                           ENVIRONMENTAL MANAGEMENT
                                           COMPANY, on behalf of the same


**ORDER**

IT IS SO ORDERED.

**Dated:   January 27, 2006**                    /s/ Anthony W. Ishii
0m8i78                                   UNITED STATES DISTRICT JUDGE

3